# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

In Re

HALL, PHILLIP A.                                    Case No. 13-00096-MAM-7

      Debtor(s)

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule, the court will consider this motion without further notice or hearing unless a party in interest files a written response within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your written objection stating the specific ground or grounds on which your objection is based with the Clerk of Court at 201 St. Louis Street, Mobile, Alabama 36602, and serve a copy on the movant, Lynn Harwell Andrews, Trustee, P. O. Box 2094, Fairhope, Alabama, 36633.

      If you file and serve a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the court will schedule a hearing and you will be notified. If you do not file a proper written objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

## TRUSTEE'S PROPOSAL AND NOTICE OF SALE OF ESTATE ASSETS

Notice is hereby given pursuant to 11 U.S.C. §363 and Rule 6004 of the Rules of Bankruptcy Procedure that  LYNN HARWELL ANDREWS, the duly appointed and qualified trustee in the above-referenced case, proposes to sell the estate's non-exempt interest in the following described property:

      2007 Ford Taurus – one half interest

The sale of estate assets shall be by private sale to PHILLIP A. HALL, the Debtor herein, for the sum of $396.00 cash.  Said sale shall be subject to existing liens and encumbrances.

Dated:  August 29, 2013                    /S/ LYNN HARWELL ANDREWS
                                        LYNN HARWELL ANDREWS, Trustee
                                        P. O. Box 2094
                                        Fairhope, Alabama 36533
                                        (251) 929-7922

## CERTIFICATE OF SERVICE

I certify that I have this date served a true and correct copy of this pleading electronically, or by placing it in the United States Mail, postage prepaid, and properly addressed to the following parties in interest: **NOTICES WILL BE MAILED BY THE BNC.**

Dated: August 29, 2013

/s/ LYNN HARWELL ANDREWS
LYNN HARWELL ANDREWS, Trustee
P. O. Box 2094
Fairhope, Alabama 36533
(251) 929-7922